IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01232-PSF-BNB

TIMOTHY McFADDEN; and
MAGNUM ENTERPRISES, a California company,

    Plaintiffs,

v.

KEVIN CONLON; and
MAVERICK ENTERPRISES, INC., a Colorado corporation,

    Defendants.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT CONLON

THIS MATTER is before the Court on the parties' Stipulation of Dismissal of Kevin Conlon (Dkt. # 17). The stipulation is treated as an uncontested motion to dismiss Defendant Kevin Conlon, and is hereby GRANTED. It is

FURTHER ORDERED that Defendant Conlon's Motion to Dismiss (Dkt. # 12) is DENIED as moot. It is

FURTHER ORDERED that the caption in this case is amended to reflect the dismissal of Defendant Conlon.

DATED: September 23, 2005

                                                    BY THE COURT:

                                                    s/ Phillip S. Figa
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge