IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01232-PSF-BNB

TIMOTHY MCFADDEN, and
MAGNUM ENTERPRISES, a California company,

Plaintiffs,

v.

MAVERICK ENTERPRISES, INC., a Colorado corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Plaintiff's Motion to Amend Amended Complaint** (the "Motion"), filed on October 31, 2005.

　　IT IS ORDERED that the Motion is DENIED for failure to comply with D.C.COLO.LRCivR 7.1(A).


DATED:  November 2, 2005