IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01232-PSF-BNB

TIMOTHY MCFADDEN, and
MAGNUM ENTERPRISES, a California company,

Plaintiffs,

v.

MAVERICK ENTERPRISES, INC., a Colorado corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Amended Motion to Amend Amended Complaint** (the "Motion"), filed November 4, 2005.  I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to mark as filed the Second Amended Complaint and Jury Demand attached to the Motion.

IT IS FURTHER ORDERED that the defendant shall respond to the Second Amended Complaint on or before **December 12, 2005**.

Dated November 28, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge