IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01232-PSF-BNB

TIMOTHY MCFADDEN, and
MAGNUM ENTERPRISES, a California company,

Plaintiffs,

v.

MAVERICK ENTERPRISES, INC., a Colorado corporation,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **December 12, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 28, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge