IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01232-PSF-BNB

TIMOTHY McFADDEN; and
MAGNUM ENTERPRISES, a California company,

    Plaintiffs,

v.

MAVERICK ENTERPRISES, INC., a Colorado corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter coming before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Dkt. # 42), and the Court being fully advised, it is hereby

ORDERED that the motion is granted, and this case is DISMISSED with prejudice.

DATED: January 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge